

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00899-CV

Roland S. **ROTHER**,
Appellant

v.

Janette G. **ROTHER**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-03233
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Janette G. Rother's request for sanctions under Texas Rule of Appellate Procedure 45 is DENIED. It is FURTHER ORDERED that Appellee Janette G. Rother shall recover her costs of this appeal from Appellant Roland S. Rother.

SIGNED October 1, 2014.

Karen Angelini, Justice